*Alan Scott Pickel,* in support of the petition.

*Karen L. Karpie,* in opposition.

Decided October 29, 2002

## MICHAEL BRAHAM *v.* COMMISSIONER OF CORRECTION

*Judith M. Wildfeuer,* deputy assistant public defender, and *Temmy Ann Pieszak,* chief of habeas corpus services, in support of the petition.

*Nancy L. Chupak,* assistant state's attorney, in opposition.

Decided October 29, 2002

## JOY WISLOCKI *v.* TOWN OF PROSPECT ET AL.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Mary M. Dalton Burgdorff,* in support of the petition.

*Taka Iwashita,* assistant attorney general, in opposition.

Decided October 29, 2002